O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUNARO ROCHA ROMAN, | CASE NO. CV 11-09768 PA (RZ) |
| Petitioner, | |
| vs. | JUDGMENT |
| TIMOTHY E. BUSBY, WARDEN, | |
| Respondent. | |

This matter came before the Court on the Petition of GUNARO ROCHA ROMAN, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 6, 2012

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE